IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

STEVEN ANDREW PRICE                                                                                    PLAINTIFF

v.                                           Civil No. 1:22-cv-1007

CAPTAIN RICHARD MITCHAM, Jail
Administrator, Union County Detention
Center (UCDC); LIEUTENANT BILLY
PERRY, UCDC; and OFFICER DEMITRI
WALKA, UCDC                                                                                           DEFENDANTS

**ORDER**

  This is a civil rights action filed by the Plaintiff Steven A. Price pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis*. When he filed this case, Plaintiff was incarcerated in the Union County Detention Center ("UCDC").

  On January 24, 2022, the Court informed Plaintiff that, if he was transferred to another facility or released, he had thirty days to provide the Court with his new address. (ECF No. 3). That order was not returned as undeliverable. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires Plaintiff to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

  On February 22, 2022, mail sent by the Court to Plaintiff at the UCDC was returned marked "released." Pursuant to the Court's instructions (ECF No. 3), Plaintiff's new address was to be furnished to the Court by March 24, 2022.

  To date, Plaintiff has not submitted a new address to the Court. Neither the Court nor the Defendants have any way to contact Plaintiff. The last documents filed by Plaintiff in this case are his Complaint (ECF No. 1) and his application to proceed IFP (ECF No. 2) filed on January

24, 2022.

The Federal Rules of Civil Procedure specifically contemplate dismissal of a case on the ground that the plaintiff failed to prosecute or failed to comply with an order of the court. Fed. R. Civ. P. 41(b); *Line v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (stating that the district court possesses the power to dismiss *sua sponte* under Rule 41(b)). Pursuant to Rule 41(b), a district court has the power to dismiss an action based on "the plaintiff's failure to comply with *any* court order." *Brown v. Frey*, 806 F.2d 801, 803-04 (8th Cir. 1986) (emphasis added). Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires parties appearing *pro se* to monitor the case and to prosecute or defend the action diligently.

Therefore, pursuant to Rule 41(b) and Local Rule 5.5(c)(2), Plaintiff's case should be and hereby is **DISMISSED WITHOUT PREJUDICE** based on his failure to prosecute this case, and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED**, this 4th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge